**Opinion issued October 31, 2024**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-24-00739-CV

_____

## IN RE CAREL DIRK BOSMAN, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Carel Dirk Bosman, acting pro se, has filed a petition for writ of mandamus.[1]

We deny the petition.

## PER CURIAM

Panel consists of Justices Goodman, Guerra, and Gunn.

---

[1] The underlying case is *Melissa Bosman v. Carel Dirk Bosman*, cause number 2023-09938, pending in the 246th District Court of Harris County, Texas, the Honorable Angela Graves-Harrington presiding.